UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| ) | |
| Plaintiff,        ) | |
| ) | |
| v.        ) | Cause No.  1:98-cr-0081-TWP-DML |
| ) | |
| LOGAN SPENCER EDWARDS,        ) | - 01 |
| ) | |
| Defendant.        ) | |

## REPORT AND RECOMMENDATION

On July 13, 2016, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on April 16, 2015.  Defendant Edwards appeared in person with his appointed counsel William Dazey.  The government appeared by Winfield Ong, Assistant United States Attorney.  U. S. Parole and Probation appeared by Officer James Thomas.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Edwards of his rights and provided him with a copy of the petition.  Defendant Edwards waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Edwards admitted violation 1, 2, and 4. [Docket No. 2.]

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant shall not commit another federal, state, or local crime."** |

On September 10, 2014, the offender was arrested for Possession of Synthetic Drugs, misdemeanor, and Theft, felony. A police report from the Greenwood City Police Department indicates officers were called to the CVS store on U.S. 31 by a male subject who indicated the night before, his girlfriend, Darcy Duncan, had her purse stolen from her car, which included her cell phone. The victim had witnessed a gold vehicle parked next to her car. On September 10, 2014, the victim's boyfriend called officers as he had tracked his girlfriend's cell phone to the CVS location, and witnessed a gold vehicle in the parking lot. Officers approached the vehicle and while questioning the male subject in the vehicle, later identified as Logan Edwards, officer observed a handgun in the passenger side floor board, and that the subject was sitting on a box knife. Upon searching the vehicle, officers discovered a 7-gram package of synthetic marijuana (spice) and a marijuana cigarette, which the offender stated belonged to someone else. Officers also recovered cell phones, a purse, a wallet, and credit cards, all belonging to Ms. Duncan. The offender later admitted to officers he had stolen the items the night before, but later recanted his statement. The offender was formally charged with Theft under cause number 41D02-1410-F6-000529, and the matter remains pending with a jury trial scheduled for July 21, 2015.

| | |
|---|---|
| 3 | **"The defendant shall not commit another federal, state, or local crime."** |

On January 25, 2015, the offender was arrested on multiple counts to include Rape, felony, Sexual Misconduct with a Minor, felony, Child Solicitation, felony, Intimidation, felony, Kidnapping, felony, Criminal Confinement, felony, Contributing to the Delinquency of a Minor, misdemeanor, and Battery, misdemeanor. A police report from the Indianapolis Metropolitan Police Department indicates on January 20, 2015, an investigation was opened after officers were called to Community North Hospital in reference to a report of rape. Officers spoke with a 14-year-old female, "KLL," who alleged Logan Edwards raped her on January 18, 2015, at his residence, where she, her mother, Teresa Lovitt, and two other siblings haven living since the end of December 2014. KLL also reported on other occasions Mr. Edwards had touched her inappropriately and threatened her verbally and physically to stay quiet about the incidents. KLL stated she also witnessed the offender purchase and use illicit substances, namely cocaine and synthetic cannabinoids (spice), and had her use the illicit substances. Following the reporting of these incidents, the offender continued to attempt to contact the victim and her family via

        phone, and allegedly stated if he got pulled over, he was "going to shoot as many officers that he could and then himself." The offender has been charged in Marion County Superior Court under cause number 49G06-1501-F3-0029078. This matter remains pending with a jury trial date of June 15, 2015. Mr. Edwards is currently detained in the Marion County Jail.

    4    **"The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer."**

        The offender is currently in the Marion County Jail for new criminal conduct. To date, the offender has failed to notify the probation officer of the previously mentioned arrests on September 10, 2014, and January 25, 2015. The arrests were discovered during routine criminal record checks.

4. Regarding violation 2, the defendant pled guilty to the lesser included offense of Sexual Misconduct with a Minor, a Class D Felony.

5. The government orally moved to dismiss violation 3 and the Court the same.

6. The parties stipulated that:

    (a)    The highest grade of violation is a Grade B violation.

    (b)    Defendant's criminal history category is VI.

    (c)    The range of imprisonment applicable upon revocation of supervised release, therefore, is 21 to 24 months' imprisonment.

7. The parties jointly recommended a sentence of 12 months and 1 day with no supervised release to follow. Defendant requested a recommendation of placement at a facility close to Indianapolis, Indiana.

    The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 12 months and 1 day with no supervised release to follow. The Defendant is to be taken into custody immediately pending the District Judge's

action on this Report and Recommendation. The Court will make a recommendation of placement at a facility close to Indianapolis, Indianapolis.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Dated: 07/14/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal